# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1197**
**KA 11-02037**
PRESENT: SCUDDER, P.J., FAHEY, CARNI, VALENTINO, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

TAMARA L. BUTLER, ALSO KNOWN AS TAMARA LYNN
BUTLER, DEFENDANT-APPELLANT.

---

BRIDGET L. FIELD, ROCHESTER, FOR DEFENDANT-APPELLANT.

LAWRENCE FRIEDMAN, DISTRICT ATTORNEY, BATAVIA (WILLIAM G. ZICKL OF
COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Genesee County Court (Robert C.
Noonan, J.), rendered September 15, 2011.  The judgment convicted
defendant, upon her plea of guilty, of driving while intoxicated, a
misdemeanor, and aggravated unlicensed operation of a motor vehicle in
the first degree.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Entered:  November 9, 2012                          Frances E. Cafarell
                                                    Clerk of the Court